```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 16337
  MICHAEL SPENCER
  ROBERTA SPENCER                             CHAPTER 13

                                              JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-9620    SSN XXX-XX-5253

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/25/08 .

     2.  The case was dismissed without confirmation, 08/15/2008.

----------------------------------------------------------------------
CREDITOR NAME            CLASS       CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                      PAID        PAID
----------------------------------------------------------------------

        Summary of disbursements:
----------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00         .00        .00         .00
PRINCIPAL PAID         .00        .00         .00        .00         .00
INTEREST PAID          .00        .00         .00        .00         .00
TOTAL PAID             .00        .00         .00        .00         .00
The Debtor's attorney, PRO SE DEBTOR             , was allowed $     .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




        Dated: 11/13/08            /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
   CASE NO. 08 B 16337 MICHAEL SPENCER & ROBERTA SPENCER
```